```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

ELANGE WILLIAMCEAU,

    Plaintiff,

v.                                Case No: 2:16-cv-855-FtM-29CM

DYCK-O'NEAL, INC.,

    Defendant.

_____

**ORDER**

This matter comes before the Court on defendant's Notice of Removal (Doc. #1) filed on November 30, 2016. The Notice of Removal does not contain "a short and plain statement of the grounds for removal" as required by 28 U.S.C. § 1446(a). Defendant shall show cause why the case should not be dismissed for lack of subject matter jurisdiction, or defendant may file an amended Notice of Removal pursuant to 28 U.S.C. § 1653 establishing subject matter jurisdiction.

Accordingly, it is hereby

**ORDERED:**

Defendant's Notice of Removal (Doc. #1) is **TAKEN UNDER ADVISEMENT.** Defendant shall show cause why the case should not be dismissed for lack of subject matter jurisdiction within **fourteen (14) days** of this Order, or file an amended Notice of

Removal pursuant to 28 U.S.C. § 1653 establishing subject matter jurisdiction.

**DONE and ORDERED** at Fort Myers, Florida, this __22nd__ day of March, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record